# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DALLAS COBBS,

                Plaintiff,                Case No.  07-14644
                                            Hon. Anna Diggs Taylor
v.                                          Magistrate Judge Charles Binder

GEORGE PRAMSTALLER, et al.,
                Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION

      This matter is before the Court on Magistrate Judge Charles Binder's Report and Recommendation of December 5, 2008, Granting Defendants' Motion for Summary Judgment as to Plaintiff's request for injunctive relief only because it is now moot, and that the motion for summary judgment be denied in all other respects.

      The Court has reviewed the file, the Magistrate Judge's Report and Recommendation, Defendants' objections and Plaintiff's response.  The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

      Therefore, the Court will accept the Magistrate's Report and Recommendation of December 5, 2008 as the findings and conclusions of this Court.

      Accordingly,

      IT IS HEREBY ORDERED that Magistrate Judge Binder's Report and Recommendation of December 5, 2008 is ACCEPTED and ADOPTED.

      IT IS SO ORDERED.


DATED:  February 12, 2009                      **s/Anna Diggs Taylor**
                                                        ANNA DIGGS TAYLOR
                                                         UNITED STATES DISTRICT JUDGE

---

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on February 12, 2009.

                                                            s/Johnetta M. Curry-Williams
                                                            Case Manager