UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALLAS COBBS,

            Plaintiff,           Case No.  07-14644
                                          Hon. Anna Diggs Taylor
v.                                        Magistrate Judge Charles Binder

GEORGE PRAMSTALLER, et al.,
            Defendants.
_____/

**ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION**
(Docket Entry 94)

      This matter is before the Court on Magistrate Judge Charles Binder's Report and Recommendation of July 30, 2009, denying Defendant Hutchinson's and Mathai's Motion to Dismiss (Doc. 86).

      The Court has reviewed the file, the Magistrate Judge's Report and Recommendation, Defendants' objections and Plaintiff's response. The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

      Therefore, the Court will accept the Magistrate's Report and Recommendation of July 30, 2009 as the findings and conclusions of this Court.

      Accordingly,

      IT IS HEREBY ORDERED that Magistrate Judge Binder's Report and Recommendation of July 30, 2009 is ACCEPTED and ADOPTED.

      IT IS SO ORDERED.


DATED:  September 30, 2009                    **s/Anna Diggs Taylor**
                                                          ANNA DIGGS TAYLOR
                                                           UNITED STATES DISTRICT JUDGE

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on September 30, 2009.

                                                             s/Johnetta M. Curry-Williams
                                                              Case Manager