## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

_____

DALLAS COBBS, #164276,

                Plaintiff,          File No. 07-CV-14644

vs.                             Hon. Anna Diggs Taylor

GEORGE J. PRAMSTALLER, *et al.*,    Mag. Judge Charles E. Binder

                Defendants.

_____

**Plaintiff's Response to MDOC and CMS**
**Defendants' Motions for Summary Judgment**

### INDEX OF EXHIBITS

Exhibit A:      Updated Declaration of Plaintiff Dallas Cobbs (12/09)

Exhibit B:      MDOC Policy Directives and Operating Procedures

Exhibit C:      Dallas Cobbs' Medical Records[1]

Exhibit D:      Dallas Cobbs' Grievances and Responses

Exhibit E:      Dallas Cobbs' Health Care Requests (Kites) and Letters

Exhibit F:      Deposition of Dr. Michael McGrath, O.D.

Exhibit G:      Deposition of Paul Piper, M.D.

Exhibit H:      Deposition of George Pramstaller, M.D.

Exhibit I:      Deposition of Craig Hutchinson, M.D.

Exhibit J:      Deposition of Utilization Review Nurse Brenda Jones

Exhibit K:      MDOC Defendants' Response to Interrogatory re. John Does

Exhibit L:      CMS Care Enhance Computer Medical Records

---

[1] These documents are not filed under seal with the plaintiff's permission, because he wants the public to be able to see what happened to him. Data subject to identity theft has been redacted pursuant to Local Rule 5.3 and Fed. R. Civ. P. 5.2.

Exhibit M:      Declaration of Ophthalmologist Ghulam Dastgir, M.D., and
                Letters Supplied to MDOC re. Surgical Risks of Late Cataracts

Exhibit N:      Declaration of Ophthalmologist Alan Sugar, M.D.

Exhibit O:      CMS "Pass-Through" List

Exhibit P:      Snellen Eye Chart

Exhibit Q:      *Titlow v. Corrections Medical Services*, 2008 WL 907450 (E.D.
                Mich. No. 07-CV-12083 (3/31/08)

Exhibit R:      *Castillo v. Dashiell*, 2007 WL 609858, No. CV S-04-0737, at *7
                (E.D.Cal., Feb. 27, 2007) (*unpublished case*) (adopted at 2007 WL
                933790, No. CV-0737 (E.D. Cal., Mar 27, 2007)

                         s/ Paul D. Reingold
                        Attorney for Plaintiff
                        **pdr@umic.edu  --  P27594**

                         s/ Brad Smyer
                        Student Attorney for Plaintiff

                         s/ Ondrej Staviscak Diaz
                        Student Attorney for Plaintiff

Dated: December 17, 2009